# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TERRI ANDUJAL,

                     Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

                     Defendant.

Case No. 16-CV-896-JPS

**ORDER**

       On December 20, 2016, the Court remanded this case to the Social Security Administration pursuant to the parties' stipulation. (Docket #16, #17, and #18). On February 24, 2017, the Court approved the parties' stipulation for Plaintiff's attorneys' fees incurred in this federal lawsuit pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Docket #24). On August 15, 2017, Plaintiff's attorneys filed an unopposed motion to obtain the remainder of the fees they are owed, having secured a fully favorable decision for their client, and resultant award of benefits, upon remand. (Docket #25). The Court has reviewed the motion and its attachments, and in light of the non-opposition by Defendant, (Docket #25 at 1), and Plaintiff herself, (Docket #20-9), the Court will grant the motion in its entirety.

       Accordingly,

       **IT IS ORDERED** that Plaintiff's motion for attorney fees (Docket #25) be and the same is hereby **GRANTED** in the amount of $54,789.50; and

       **IT IS FURTHER ORDERED** that Defendant is directed to pay this fee to Attorney Thomas E. Bush from the amount withheld for direct

payment of attorneys' fees. Plaintiff's counsel shall refund the EAJA fees totaling $8,771.35 to Plaintiff.

Dated at Milwaukee, Wisconsin, this 17th day of August, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge